**Danny Russell REDDEN,
Plaintiff—Appellant,**

v.

**Henry Dargan MCMASTER, Attorney General; S. Prentiss Counts, Assistant Attorney General; Deborah RJ Shupe, Assistant Attorney General; John Doe, Horry County Solicitor's Office; Harold W. Gowdy, III, Solicitor Seventh Judicial Circuit; Mark Morin, Assistant Solicitor Cherokee County, Defendants—Appellees.**

No. 08–8190.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 19, 2009.

Decided: Feb. 26, 2009.

· Danny Russell Redden, Appellant Pro Se.

Before WILKINSON, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Danny Russell Redden appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Redden v. McMaster,* No. 8:08–cv–02845–CMC, 2008 WL 4458877 (D.S.C. Sept. 29, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.* ·